COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Victor S. Elgohary, Individually and representatively on behalf of Nominal Defendant Lakes on Eldridge North Community Association, Inc. v. Lakes on Eldridge North Community Association, Inc.; RealManage, LLC; Darla Kitchen; Don Byrnes; Michael Ecklund; Laura Vasallo Lee; John Kane; Julie Ann Bennett; Rick Hawthorne; Cara Davis; Christi Keller; Jim Flanary; Jill Richardson; Neil McLaurin; and Walter Spears

Appellate case number:     01-14-00216-CV

Trial court case number:     2013-17221

Trial court:                      234th District Court of Harris County

Appellant, Victor S. Elgohary, has filed a "Motion to Extend Time to Appoint a Replacement Mediator, Order All Parties to Mediation and Abate the Appellate Timelines." We grant in part and deny in part.

In his motion, appellant informs the Court that the parties' agreed-upon mediator, Judge Davie Wilson, is no longer able to mediate this case. Appellant therefore requests an extension of time for the parties "to locate and agree on a new mediator and file a new mediator's report." Appellant further requests "an abatement of the deadlines for the reporter's record and the clerk's record until 60 days after the mediation has concluded in order to mitigate costs while the parties attempt to mediate the dispute." Finally, appellant requests that we "order that all parties along with their respective insurance carriers and attorneys be present at the mediation."

To the extent that appellant seeks new deadlines related to mediation, we **grant** the motion. The parties shall (1) file a completed "Parties' Notification to Court of Mediator" with the Clerk of this Court within 15 days of the date of this order, (2) conduct the mediation within 45 days of the date of this order, and (3) advise the Clerk of this Court in writing whether the parties did or did not settle the underlying

dispute no later than two days after the conclusion of the mediation. Further, the mediator shall also advise the Court of the outcome of the mediation within two days after the conclusion of the mediation and shall file a completed "Appointment and Fee Report—Mediation" form with the Clerk of this Court.

To the extent that appellant seeks abatement of the deadlines for filing the reporter's and clerk's records, we informed the parties in our mediation referral order that "[n]othing in this order modifies the timetables in the Texas Rules of Appellate Procedure." Further, the appellate record is not required to be filed until July 11, 2014. *See* TEX. R. APP. P. 35.1(a). Accordingly, we **deny** the motion.

Finally, we **deny** appellant's request that we order all parties and their insurance carriers and attorneys to "be present at the mediation."

It is so ORDERED.

Judge's signature: /s/ Sherry Radack

☒ Acting individually     ☐ Acting for the Court

Date: May 20, 2014